```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Euclides Medina Melo # 57213-054

                       Petitioner,

   -against-                                     08 Civ. 5291(PKC)
                                                05 CR 0760 (PKC)
UNITED STATES OF AMERICA,
                                                 ORDER
                    Respondent.

------------------------------------------------------------X
CASTEL, U.S.D.J.:

       Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts, the United States Attorney for the Southern District of New York is hereby ordered to serve and file an answer by (60 days) Respondent shall file with its answer the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts. Petitioner may serve and file reply papers by (20 days). The Clerk of the Court is directed to serve by certified mail copies of this Order, the petition, and petitioner's memorandum, if any, upon the United States Attorney for the Southern District of New York.

       SO ORDERED.

Dated: New York, New York
       July 14, 2008

                                                      P. Kevin Castel
                                              United States District Judge

Copies of this Order have been mailed to counsel for the parties and pro se petitioner.